# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Walker,<br><br>    Plaintiff,<br><br>    v.<br><br>Russ Redondo, LTD., a California limited Partnership; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-09625-GW-MRW<br><br>*Hon. George H. Wu*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: October 20, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's ("Plaintiff") action against Defendant Russ Redondo, LTD ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: December 28, 2020

_____
Hon. George H. Wu
United States District Judge
Central District of California